BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant STEVEN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>        Plaintiff,                  )<br>                                    )<br>    v.                              )<br>                                    )<br> STEVEN ADAMS                       )<br>                                    )<br>        Defendant.                  )<br> _____) | CR Nos. 09-0783 MMC and 01-0251 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS ON BAIL FROM NOVEMBER 4, 2009 TO NOVEMBER 24, 2009 AT 9:30 A.M. |

The parties are scheduled to appear before this Court on November 4, 2009 for status on defendant's request for release to a drug treatment program. Defense counsel has just recently received voluminous records from the Bureau of Prisons for Mr. Adams, which she intends to review and, if appropriate, provide to Peter Budlong (and then, if Mr. Budlong admits Mr. Adams to the Newbridge program, undersigned counsel will submit the records to the government and probation). In light of the delay in receiving the records from the BOP and the need to review and provide those records to Mr. Budlong, the defense requests that the matter be continued to November 24, 2009 at 9:30 a.m. Government counsel is available on that date.

This Court does not need to exclude time because the parties have been before Judge

///

///

///

STIP. & [PROPOSED] ORDER EXCL. TIME
CR Nos. 09-0783 MMC and 01-0251 MMC                                                          1

1 | Chesney, who has excluded time through December 9, 2009.
2 | SO STIPULATED:
3 |                 JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: November 2, 2009                /s/
                BRIAN LEWIS
                Assistant United States Attorney

DATED: November 2, 2009                /s/
                SHAWN HALBERT
                Assistant Federal Public Defender

      For the reasons stated above, the Court continues the next hearing on defendant's motion for release from November 4, 2009 to November 24, 2009.

SO ORDERED.

DATED: 11/3/09                _____
                THE HONORABLE EDWARD M. CHEN
                United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal: United States District Court, Northern District of California)*