1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant STEVEN ADAMS

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA, | ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
13 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
   |  | ) | CONTINUING SENTENCING DATE FROM |
14 | v. | ) | JANUARY 26, 2011 TO FEBRUARY 9, 2011 |
15 | STEVEN ADAMS, | ) |  |
16 | Defendant. | ) |  |
17

18   The parties are scheduled to appear before this Court on January 26, 2011 at 2:30 p.m. for

19 sentencing.  Based on the timing of the issuance of the probation report in this matter and

20 counsel's need to review the report with Mr. Adams and provide any objections to U.S.

21 Probation by the due date of January 25, 2011, the defense requests that the sentencing be

22 continued to February 9, 2011 in order to give U.S. Probation sufficient time to review any

23 objections and to issue a final report prior to the due date for the parties' sentencing memoranda.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  U.S. Probation and the government agree that this continuance is appropriate and necessary.

3  SO STIPULATED:

                                MELINDA HAAG
                                United States Attorney

DATED: January 24, 2011           /s/
                                BRIAN LEWIS
                                Assistant United States Attorney

DATED: January 24, 2011           /s/
                                SHAWN HALBERT
                                Assistant Federal Public Defender

**ORDER**

   For the reasons stated above, the Court hereby continues the sentencing hearing in Mr. Adams' cases from January 26, 2011 to February 9, 2011.

SO ORDERED.

DATED: January 24, 2011           *[signature]*
                                THE HONORABLE MAXINE M. CHESNEY
                                United States District Judge