1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant STEVEN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR Nos. 09-0783 MMC and 01-0251 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| v. ) | FEBRUARY 9, 2011 TO FEBRUARY 16, 2011 |
| STEVEN ADAMS, ) | |
| Defendant. ) | |

The parties are scheduled to appear before this Court on February 9, 2011 at 2:30 p.m. for sentencing.  Based on U.S. Probation's receipt of additional material that has delayed issuance of the report, which should be issued shortly, the parties request that the sentencing be continued to February 16, 2011.  In light of government's counsel's scheduled hearing in another matter,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIP. & [PROPOSED] ORDER CONT. SENT.
CR Nos. 09-0783 MMC and 01-0251 MMC                                               1

the parties request a special setting of February 16, 2011 at 10:00 a.m. for sentencing.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: February 8, 2011          /s/
          BRIAN LEWIS
          Assistant United States Attorney

DATED: February 8, 2011          /s/
          SHAWN HALBERT
          Assistant Federal Public Defender

**ORDER**

For the reasons stated above, the Court hereby continues the sentencing hearing in Mr. Adams' cases from February 9, 2011 to February 16, 2011.

SO ORDERED.

DATED: February 8, 2011          [signature]
          THE HONORABLE MAXINE M. CHESNEY
          United States District Judge