IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN ADAMS,<br><br>　　　　Defendant. | CR Nos. 09-0783 MMC and 01-0251 MMC<br><br>SEALING ORDER<br><br>~~FILED UNDER SEAL~~ |

By the motion of the defense and for good cause, IT IS HEREBY ORDERED that EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM, ~~DEFENDANT'S MOTION TO SEAL, and this SEALING ORDER~~ shall be sealed until further order of the Court. Defendant shall file his Motion to Seal in the public record by February 18, 2011.

Dated: February 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Defendant's Motion to Seal; Sealing Order;
CR Nos. 09-0783 and 01-0251 MMC